DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODNEY DELEAGAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-795

[June 1, 2016]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 74-2854CF10A.

Rodney Delegal, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Black v. State*, 52 So. 3d 830, 831 (Fla. 4th DCA 2011).

GROSS, GERBER and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***